IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LEO FOX,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO.:** |
| : | Formerly in the Circuit Court of Mobile County, Alabama, |
| **WINN-DIXIE MONTGOMERY, LLC;** : | Civil Action No. CV-2021-900979 |
| **WINN-DIXIE STORES, INC.;** : | |
| **SOUTHEASTERN GROCERS, INC.;** : | |
| **CX HILLCREST, LLC; DAVID GILLERY; WILLIAM BRENT SELLERS** : | |
| : | |
| **Defendants.** | |

## NOTICE OF CX HILLCREST, LLC'S CONSENT TO REMOVAL

COMES NOW, Defendant CX Hillcrest, LLC, and without waiving any defenses available under Rule 12(b)(6) of the Federal Rules of Civil Procedure, including defenses as to lack of personal jurisdiction, improper venue, insufficient process, insufficient service of process, and failure to state a claim upon which relief can be granted, hereby gives notice to the Court and parties in this case of their consent to the removal of this action to the United States District Court of the Southern District of Alabama, Southern Division.

Respectfully submitted on this the 12th day of July, 2021.

{B4068263}

                      */s/ Joseph R. Duncan, Jr.*
                      Joseph R. Duncan, Jr. (ASB-8851-h35d
                      Counsel for CX Hillcrest, LLC

**OF COUNSEL:**

CLARK MAY PRICE LAWLEY DUNCAN & PAUL, LLC
3070 Green Valley Road
P.O. Box 43408
Birmingham, AL 35243
(P) 205-267-6601
(F) 205-573-0235
jduncan@clarkmayprice.com

## **CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing on the following parties or attorneys of record by filing same with the Clerk of Court via AlaFile, E-mail or by U. S. MAIL, postage prepaid, this the 12 July 2021:

Bryan E. Comer
Tobias, McCormick & Comer, LLC
1203 Dauphin Street
Mobile, Alabama 36604
bryan@tmclawyers.com
*Attorney for the Plaintiff*

Alex Terry Wood, Esq.
Starnes Davis Florie LLC
11 North Water Street
Mobile, Alabama 36602
awood@starneslaw.com
*Attorney for Winn-Dixie Montgomery, LLC,*
*Southeastern Grocers, Inc., Winn-Dixie Stores, Inc.*
*And William Brent Sellers*

David Gillery
(TO BE DETERMINED)

                                                 */s/ Joseph R. Duncan, Jr.*
                                                 OF COUNSEL