IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LEO FOX,** | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 1:21-cv-00306-CG-B |
| **WINN-DIXIE MONTGOMERY, LLC, et al.,** | * | Formerly in the Circuit Court of Mobile County, Alabama, Civil Action No. CV-2021-900979 |
| | * | |
| Defendants. | * | |
| | * | |

## DISCLOSURE STATEMENT

COMES NOW Southeastern Grocers, Inc. ("SEG"), a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of the S.D. Ala. CivLR 7.1:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☑ The following entities and their relationship to the party are hereby reported:

{B4083044}

| Reportable Entity | Relationship to Party |
|---|---|
| SEG II LLC | Affiliate |
| SEG/SG1 Litigation Finance Partnership | Affiliate |
| BI-LO, LLC | Subsidiary |
| SEG Holding, LLC | Subsidiary |
| SEG Holding Finance, LLC | Subsidiary |
| Opal Holdings, LLC | Subsidiary |
| SEG Finance Group | Subsidiary |
| Samson Merger Sub, LLC | Subsidiary |
| ARP Ballentine LLC | Subsidiary |
| ARP Moonville LLC | Subsidiary |
| ARP Chickamauga LLC | Subsidiary |
| ARP Winston Salem LLC | Subsidiary |
| ARP James Island LLC | Subsidiary |
| ARP Morganton LLC | Subsidiary |
| ARP Hartsville LLC | Subsidiary |
| Winn-Dixie Stores, Inc. | Subsidiary |
| BI-LO Holdings Foundation, Inc. | Subsidiary |
| We Care Fund, Inc. | Subsidiary |
| Winn-Dixie Supermarkets, Inc. | Subsidiary |
| Winn-Dixie Logistics, LLC | Subsidiary |

{B4083044}

| | |
|---|---|
| Winn-Dixie Warehouse Leasing, LLC | Subsidiary |
| Winn-Dixie Montgomery, LLC | Subsidiary |
| Dixie Spirits, Inc. | Subsidiary |
| Winn-Dixie Montgomery Leasing, LLC | Subsidiary |
| Winn-Dixie Properties, LLC | Subsidiary |
| Dixie Spirits Florida, LLC | Subsidiary |
| Winn-Dixie Raleigh, LLC | Subsidiary |
| Winn-Dixie Raleigh Leasing, LLC | Subsidiary |
| Winn-Dixie Stores Leasing, LLC | Subsidiary |

| | |
|---|---|
| July 29, 2021<br>Date | */s/Alex Terry Wood*<br>Counsel Signature |
| | Southeastern Grocers, Inc., Winn-Dixie Montgomery, LLC, Winn-Dixie Stores, Inc., William Brent Sellers<br>Counsel for (print names of all parties) |
| | Starnes Davis Florie LLP, 11 North Water Street, Suite 20290, Mobile, Alabama 36602<br>Address, City, State Zip Code |
| | (251) 433-6049<br>Telephone Number |

3

{B4083044}

## **CERTIFICATE OF SERVICE**

I, Alex Terry Wood, do hereby certify that a true and correct copy of the foregoing has been furnished by filing same with the Clerk of Court via CM/ECF or by U. S. MAIL, postage prepaid, on this 29th day of July 2021, to:

Bryan E. Comer
Tobias, McCormick & Comer, LLC
1203 Dauphin Street
Mobile, Alabama 36604
bryan@tmclawyers.com
*Attorney for the Plaintiff*

Joseph Duncan
Clark May Price Lawley Duncan & Paul, LLC
3070 Green Valley Road
Post Office Box 43408
Birmingham, Alabama 35243
jduncan@clarkmayprice.com
*Attorney for CX Hillcrest, LLC*

David Gillery
(TO BE DETERMINED)

| | |
|---|---|
| July 29, 2021 | */s/Alex Terry Wood* |
| Date | Signature |

{B4083044}