IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEO FOX, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO 21-306-CG-B |
| | ) |
| WINN-DIXIE MONTGOMERY, LLC, et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a)(2)(S) and dated September 13, 2021 (Doc. 30) is **ADOPTED** as the opinion of this Court.  Accordingly, the action is **REMANDED** to the Circuit County of Mobile County, Alabama, for want of federal jurisdiction.  The Clerk of Court is directed to take such steps as are necessary to transfer this action to the Circuit Court of Mobile, Alabama, from whence it was removed.

    **DONE** and **ORDERED** this the 28th day of September, 2021.

                                     /s/ Callie V. S. Granade
                                     SENIOR UNITED STATES DISTRICT JUDGE